RECEIVED
USDC CLERK, GREENVILLE, SC

2021 JAN 26  AM 10: 1⋮

GREENVILLE DISTRICT
U.S. DISTRICT COURT
CLERK'S OFFICE
NEW COMPLAINT

From: LARRY GOLDEN
74D WOODRUFF RD.
#1102
GREENVILLE, SC 29607

864-288-5605

