RECEIVED
USDC CLERK, GREENVILLE, SC

2021 APR 22  PM 2:1☐

U.S. District Court - Greenville
Case No. 6:21-cv-00244-JD
April 22, 2021

Filed By:
Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607
864-288-5605

