AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry Golden, )<br>*Plaintiff* )<br>v. )<br>Google LLC, )<br>*Defendant* ) | Civil Action No.   6:21-cv-00244-JD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the Court adopts the Report and Recommendation. Plaintiff's Complaint is dismissed with prejudice and without the issuance of service of process.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III

Date:   November 3, 2021                                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                    s/Rob Weber
                                                                                                        *Signature of Clerk or Deputy Clerk*