FORM 1. Notice of Appeal from a United States District Court

Form 1
July 2020

RECEIVED
USDC CLERK, GREENVILLE, SC
2021 NOV 23  PM 12: 37

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF SOUTH CAROLINA

LARRY GOLDEN

_____, **Plaintiff,**

v.                                    Case No. 6:21-cv-00244-JD

GOOGLE, LLC

_____, **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the following party/parties* Larry Golden
_____

in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 11/3/21.

Date: 11/22/21          Signature: /s/ Larry Golden
                        Name: Larry Golden
                        Address: 740 Woodruff Rd., #1102
                        Greenville, SC 29607

                        Phone Number: 864-288-5605
                        Email Address: atpg-tech@charter.net

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.