AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry Golden,<br>*Plaintiff*<br>v.<br>Google LLC,<br>*Defendant* | )<br>)<br>)  Civil Action No.    6:21-cv-00244-JD<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ the Court adopts the Report and Recommendation. Plaintiff's Complaint is dismissed with prejudice and without the issuance of service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Joseph Dawson, III

Date:  November 3, 2021                             ROBIN L. BLUME, CLERK OF COURT

                                                                              s/Rob Weber
                                                                  *Signature of Clerk or Deputy Clerk*