

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC
29606
NOV 22, 21
AMOUNT
**$27.10**
R2305M148029-13

PRESS FIRMLY TO SEAL    PRESS FIRMLY

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®    PRIORITY MAIL EXPRESS™**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE ( 864 ) 288-5605

Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)    PHONE ( 864 ) 241-2700

Carroll A. Campbell, Jr.
U.S. Courthouse
250 East North Street
Greenville, South Carolina

ZIP + 4® (U.S. ADDRESSES ONLY)
2 9 6 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

← PEEL FROM THIS CORNER

EJ 829 307 718 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code: 29607    Scheduled Delivery Date (MM/DD/YY): 11/23/21    Postage: $ 27.10
Date Accepted (MM/DD/YY): 11/22/21    Scheduled Delivery Time: ☒ 6:00 PM    Insurance Fee: $    COD Fee: $
Time Accepted: 2:33 ☒ PM    Return Receipt Fee: $    Live Animal Transportation Fee: $
Special Handling/Fragile: $    Sunday/Holiday Premium Fee: $    Total Postage & Fees: $ 27.10
Weight: lbs. ozs.    ☒ Flat Rate    Acceptance Employee Initials: PHL

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

2021 NOV 23 PM 12:31
USDC CLERK, GREENVILLE, SC
RECEIVED

  

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.



**PRIORITY MAIL EXPRESS®**



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

RECEIVED
USDC CLERK, GREENVILLE, SC
2021 NOV 23  PM 12: 3