6:21-cv-00244-JD   Date Filed 12/07/21   Entry Number 29   Page 1 of 1

FILED: December 7, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2318
(6:21-cv-00244-JD)
_____

LARRY GOLDEN

      Plaintiff - Appellant

v.

GOOGLE LLC

      Defendant - Appellee

_____

M A N D A T E
_____

This court's order administratively closing this appeal takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                  */s/Patricia S. Connor, Clerk*