FILED: December 7, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2318
(6:21-cv-00244-JD)

_____

LARRY GOLDEN

        Plaintiff - Appellant

v.

GOOGLE LLC

        Defendant - Appellee

_____

O R D E R
_____

The clerk administratively closes this appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk