AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Larry Golden,
*Plaintiff*
v.                                   )   Civil Action No.      6:21-cv-00244-JD
                                     )
                                     )
                                     )
Google, LLC,                         )
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Larry Golden, shall take nothing of the defendant; Google, LLC, as to the complaint filed pursuant to 15 U.S.C. 1126 and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended dismissing plaintiff's action.

Date:   April 19, 2023                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*